Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 97 C 8775 | **DATE** | May 24, 2001 |
| **CASE TITLE** | | Asher v. Gallagher | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter memorandum opinion concerning Patrick F. Gallagher's recoverable damages on his counterclaim for breach of contract.

(11) [For further detail see order (on reverse side of/attached to) the original

| | No notices required, advised in open court. | | number of notices | Document Number |
|---|---|---|---|---|
| | No notices required. | | | |
| x | Notices mailed by judge's staff. | | MAY 2 5 2001 | |
| | Notified counsel by telephone. | | date docketed | 268 |
| | Docketing to mail notices. | FILED FOR DOCKETING | docketing deputy initials | |
| | Mail AO 450 form. | 01 MAY 24 PM 4:37 | date mailed notice | |
| | Copy to _____ | | | |
| KAM | courtroom deputy's initials | Date/time received in central Clerk's Office | KAM mailing deputy initials | |

(Reserved for use by the Court)

97-8775.004                                                May 24, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DANIEL ASHER,                               )
                                            )
                Plaintiff,                  )
                                            )
        v.                                  )   No.  97 C 8775
                                            )
PATRICK F. GALLAGHER,                       )
                                            )
                Defendant,                  )
_____)
                                            )
PATRICK F. GALLAGHER,                       )
Counterclaimant/Cross-claimant,             )
                                            )
WT ENTERTAINMENT, INC., an Alabama          )
corporation, Cross-claimant,                )
                                            )
        v.                                  )
                                            )
DANIEL ASHER,                               )
Counterdefendant/Cross-defendant            )
                                            )
and LAC, L.P. (f/k/a) LIVERS                )
AIN'T CHEAP, L.P., an Illinois              )
Partnership, Cross-defendant.               )
_____)

DOCKETED
MAY 2 5 2001

**MEMORANDUM OPINION CONCERNING PATRICK F. GALLAGHER'S
RECOVERABLE DAMAGES ON HIS COUNTERCLAIM FOR BREACH OF CONTRACT**

On March 8, 2001, we ruled on Patrick F. Gallagher's various claims for attorneys' fees, costs and expenses he sought to recover as damages for Daniel Asher's breach of the release provision of the settlement agreement. We disallowed the claimed attorneys fees



but indicated that we would allow certain expense items and requested Gallagher to provide further detail.

Gallagher has responded, but for the most part has not furnished the detail requested. The court will therefore disallow some of the items as to which it had reserved ruling in the order of March 8.

The sum of $5,767.97 for unspecified "legal costs and expenses" is disallowed.

The sum of $6,644.22[1] for travel, lodging and *per diem* for Charles M. Coate, Allison S. Hart and Patrick F. Gallagher will be allowed.

## CONCLUSION

The final judgment that will be entered in favor of Patrick F. Gallagher and against Daniel Asher on the counterclaim, then, will be in the amount of $6,644.22.

Date:    May 24, 2001

ENTER:   _____
         John F. Grady, United States District Judge

---

[1] The amount claimed is $8,112.92, but a total of $1,368.70 has been deducted from this due to the fact that we have allowed Mr. Coate only one day's food and lodging during the trial.